MR

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS    JUN 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MN

Richard Anthony Navin

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

25-cv-06465
Judge Robert W. Gettleman
Magistrate Judge M. David Weisman
Random Cat 3

PC 9

Case No:_____
(To be supplied by the Clerk of this Court)

vs.

The Federal Bureau of Investigation

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code (state, county, or municipal defendants)

✓         COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Richard Anthony Marin

B. List all aliases: Rich Marin, John Titor

C. Prisoner identification number: 20250211065, inmate 0853944

D. Place of present confinement: Cook County Jail

E. Address: Division 2, Dorm 3, DD, 2700 S. California Ave, Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: The Federal Bureau of Investigation

Title: _____

Place of Employment: 2111 W. Roosevelt Ave, Chicago, IL 60608

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2  Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III.(1) List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Marin v. The Office of the Cook County Prosecutor et al, 1:25-CV-04302

B. Approximate date of filing lawsuit: 4/18/25

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Richard Anthony Marin
Aliases: Rich Marin, John Titor

D. List all defendants: The Office of the Cook County Prosecutor, The Chicago Police Department, Dr. Rebecca J. Nusbaum

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US District Court, Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Manish S. Shah, Magistrate Judge Jeffrey T. Gilbert

G. Basic claim made: Malicious prosecution, defamation of character, illegal seizure, and acceptance of false testimony.

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Presently pending, have not had the first court appearance.

I. Approximate date of disposition: 4/29/25

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 15th, 2019, I came forward to US Senator Bernie Sanders at a political event with urgent information that I had learned regarding a criminal conspiracy to create a pandemic, caused by a novel coronavirus, with intention of internally destabilizing the United States of America and creating quarantine conditions ahead of the 2020 election. The group that I named, who refer to themselves as "The Reich" are a criminal syndicate originating in America through a secret deal between the German-American Bund, Friends of New Germany (FONG), multiple American businesses and business leaders as then identified by journalist John Spivak, and the German Nazi government in the 1930s. They have continued to operate in secret on American soil and with partners abroad since at least that time and through the present. Their plans surrounding the 2020 election and forward, to my knowledge open to adaptation of evolving circumstances, also involved a planned assassination of then President Trump at a public political event close to the election, a plan that they made multiple attempts on. To my knowledge, Senator Sanders contacted federal law enforcement and my warnings saved lives, but my reports since, regarding the criminal plot, and preceding the July 13th, 2024 assassination attempt

4

Revised 9/2007

against President Trump at a re-election campaign event that left two dead, including the young man who I believe this group coerced into the act, specifically to the Federal Bureau of Investigation, have gone not only unheeded, but apparently retaliated against. I submitted numerous phone reported tips and was hung up on more than half of the calls as soon as I mentioned the specifics regarding the group. I have sent in a national e-mail and letter campaign, including to at least four FBI offices, including the Chicago field office. I have reported to the Chicago FBI field office my testimony and urgent information multiple times, months before the July 13th assassination attempt and with the hopes of having the criminal group responsible and the individuals to which they tasked retaliation and extortion to prevent action against them investigated and held criminally responsible and prosecuted only to be labeled a "repeated tipster" and have had the substantial evidence and testimony, including proof that group is behind the aforementioned substantial criminal actions, not just ignored, but used against me in prosecution against me in a court of law. I learned that they even have falsified information on file for me, reported under NCIC 6EPMK89TW, that lists me as a different person with a felony background and deportable status. I allege that I have been retaliated against for coming forward as there is institutional corruption, in part, attributed to that group having substantially infiltrated or swayed law enforcement due to their influence. I am a whistleblower and my rights as both a witness and victim have been violated. My reports regarding retaliation have been ignored and

5    Revised 9/2007  Continued →

III. (2)

A. Name of case and docket number: Marin v. Cook County Jail, et al, 25-CV-5596

B. Approximate date of filing lawsuit: 5/20/25

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Richard Anthony Marin
Aliases: Rich Marin, John Titor

D. List all defendants: Cook County Jail, Dr. Glen Tremmell

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): US District Court, Northern District of Illinois

F. Name of judge to whom case was assigned: Judge Cummings, Magistrate Judge Fuentes

G. Basic claim made: Illegal denial, apparently against the jail's own policy, of a vegan diet requested on ethical and moral, as well as religious, grounds.

H. Disposition of this case: Pending

I. Approximate date of disposition: 5/20/25

I believe that the FBI has turned a blind eye to my claims of threats against me, threats against others, and false reports to local police in at least two states, Pennsylvania and Illinois, against me. My former apartment in Doylestown, Pennsylvania was searched with apparently no warrant in April of 2023 and it led, in part, to news reports and the leasing company to terminating my lease. I was arrested twice in Chicago and my reports to the FBI regarding the illegal actions, including perjury, that led to those arrests apparently only led to them sharing evidence, allegedly, illegally obtained and shared, with the prosecution against my defense, despite my numerous reports and tips to them that they seem to have ignored.

I have requested to enter witness protection multiple times but have received no safety nor relief from the retaliation of the people who I reported to the FBI regarding. I have been left homeless and have lost everything that I had in my home and with me when I came to Chicago in early 2023 on a documentary filmmaking trip to support my work in exposing the wider criminal conspiracy to my followers on social media, on my newsletter mailing list, and to the readers of my published work. The Federal Bureau of Investigation has done more, apparently, in support of the people whom I've reported against, including Jeffrey Epstein and Ghislaine Maxwell, who I allege are the individuals responsible for preventing individuals from coming forward by manufacturing material and tapes with the intention of extortion and blackmail, a practice that I have been witness and victim of. I was even told, when I brought forward evidence to the FBI Philadelphia field office in fall of 2022, that the individuals who I was coming forward against, the traffickers and their backers, "The Reich", would "never be prosecuted" for their crimes.

After nearly two and a half years of threats, retaliation, deaths, and worse, I am starting to believe that I am seeking justice and for those responsible to be held accountable.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking monetary recompense for damages, protective status as a whistleblower and witness, and action against the criminal conspiracy and conspirators.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 5th day of June, 2025

*Richard Anthony Marin*

(Signature of plaintiff or plaintiffs)

Richard Anthony Marin
(Print name)

20250211065
(I.D. Number)

Division 2, Dorm 3, DD, 2700 S. California Ave
Chicago, IL 60608
(Address)



Richard Anthony Marin
2025021065
Division 2, Dorm 3, DD
7700 S. California Ave
+1 60608

6 JUN 2025   PM 1   L

Prisoner Correspondent
United States District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

60604-189420

