

# United States District Court
## Northern District of Illinois
## Prisoner Civil Cover Sheet

**F I L E D**

**Plaintiff(s):**
RICHARD ANTHONY MARIN

**Defendant(s):**
THE FEDERAL BUREAU OF INVESTIGATION

**JUN 10 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



**County of Residence:**
Cook

**County of Residence:**

**Plaintiff's Address:**
**Name:** Richard Marin

**Unit Field:** 20250211065

**(Prisoner ID Field (USM# ONLY)**

**Address:**
Cook County Jail
2700 South California Avenue
Chicago, IL 60608

**Defendant's Attorney:**
AUSA
219 South Dearborn Street
Chicago, IL 60604

25-cv-06465
Judge Robert W. Gettleman
Magistrate Judge M. David Weisman
Random Cat 3

PC 9

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question
(U.S. gov't. not a party)

☑ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

| | Plaintiff: | Defendant: |
|---|---|---|

**Origin:**
☑ 1. Original Proceeding
☐ 5. Transferred from Other District

☐ 2. Removed from State Court
☐ 6. MultiDistrict Litigation

☐ 3. Remanded from Appellate Court
☐ 7. Appeal to District Judge from Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 550 - Civil Rights

**Cause of Action:** 28:1331b

**Jury Demand:** ☑ Yes ☐ No

**Signature:** M. Navarro          **Date:**

Rev. 02/12/2019