**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Richard Anthony Marin (#20250211065),

Plaintiff,

v.

The Federal Bureau of Investigation,

Defendant.

Case No.  25 C 6465

Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

        which ☐ includes      pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of Respondent (s)

    and against petitioner(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Case dismissed as frivolous

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman

Date:  6/20/2025

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk