MR

FILED
7/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

7/3/25

To The US District Court Clerk:

Please see enclosed a filing for a federal civil suit on attribution rights grounds, neither a Bivens nor 1983 suit, as well as a petition regarding a previously filed suit, 25 C 6465, which seems to have been prejudicially declined. I am hoping that my petition to reopen and continue the case can be heard by a different judge, due to the nature of the dismissal and the nature of my allegations being, by virtue of level of jurisdiction, against another Federal body. I feel as though my suit was not fairly considered and that is in line with my prior dealings, as I allege in it, with the FBI and other federal authorities. I am also including an USM-285 for the same suit.

I also wanted to check to see the status of my other cases, 25-CV-04302 and 25-CV-05596. In Forma Pauperis forms have been filed for both, including a revised one in the first case, and I want to ensure that both are no longer in pending and have begun activity. I sent the revised form in response to a request from Judge Shah, which was due on June 9th, and was sent over a week earlier to meet that deadline. If it was not received, I am hoping for the opportunity to refile it. In the latter suit, I have sent a consent for Magistrate Judge review to the defendants in said case and wanted to see if that was received. I also wanted to know the process for submitting documents considered to be evidence in any of the above matters.

Sincerely,

Rich Marin

I have recently filed for pretrial release. If I am not in custody, I will update my address, which should be on file with the jail, as soon as possible.

Richard A. Marin
20250211065
Division 2, Dorm 3, DD-7
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

7 JUL 2025

**RECEIVED**

JUL 10 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn Street 20th Floor
Chicago, IL 60604



07/10/2025-2

60604-190119