


FILED
7/10/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MR          PJJ

United States District Court

Northern District of Illinois

Richard Anthony Marin

        V,                                    Case No. 25 C 6465

The Federal Bureau of Investigation

                Petition to Reconsider by Plaintiff

In the case Marin v. The FBI, plaintiff seeks to have ruling oddly and unorthodoxly issued by Hon. Robert W. Gettleman dismissing plaintiff's filing as frivolous while approving deduction of filing fees reversed and for the matter to be considered by a different judge on assignment. Dismissal was unjustified by the allegations set forth, especially as plaintiff is a registered journalist, published author, and has substantiated at least one of the major claims set forth — misidentification as a different man under multiple aliases and substantial criminal history, as well as deportable status- by providing the FBI NCIC criminal report number 6EPMK89TW which states those facts and is a matter of obtainable record. Presence in a correctional institution, a jail, which is pretrial and not in any way indicative of delusion or mental unwellness, seems to have biased Judge Gettleman's perspective in what reads as a vitriolic attack at a plaintiff seeking legitimate remedy to a serious case of federal whistleblower abandonment and apparent retaliation for seeking FBI investigation into claims that they have a long history of having prior investigations into - see The FBI v. The German-American Bund and allegations broadly publicized in the media as to investigatory failures into both the criminal allegations surrounding the Epstein/Maxwell trafficking group and the matters plaintiff claims having previously reported to the authorities.

In fact, further FBI-supplied report numbers corresponding to what plaintiff alleges is an intentional

P.1

misidentification under their NCIC 6FPMK899TW record include IL45147651, CA05754616, FBI 55154 ITB9, and FBI 22000 ITb. The FBI refused to provide said records in response to multiple FOIA (Freedom of Information Act) requests, claiming that no records under plaintiff's name exist at all. In fact, it was only during a discovery review of case 25CR0253201, which involve criminal allegations in response to attempts for plaintiff's reports to be investigated at the local level and is the cause for present incarceration, that the misidentification as an individual with the listed aliases of Richard Anthony Martinez and Richard Moreno, with a birth date similar to plaintiffs but a Social Security number ending in 5144 became known. Plaintiff's name is Richard Anthony Marin, born December 14th, 1985, and has a Social Security number ending in 0473. The similarity in name and birthdate seems a possible reason for the record misidentification, but as this misidentification has caused plaintiff serious and measurable harm, it is grounds for suit on it's own. This is not the first, nor even one of the most recent cases of misidentification based on fault, apparently erroneous but potentially intentional, of a law enforcement database - see recent news of a man who was deported, despite being not eligible for deportation under agency directive and the case of musician Olivia Rodrigo who was detained after being misidentified as a woman named Olivia Rodriguez. Plaintiff's allegations are not, in any way, outside of the realm of believability nor out of scope for a federal lawsuit.

Plaintiff has already filed multiple SF-95 filings with the FBI, has filed multiple online tips, has called in several times, and has visited both the FBI Philadelphia field office and, later, the FBI Chicago field office multiple times. Plaintiff has also mailed letters with verifiable claims and tips regarding the matters of complaint to multiple FBI offices and federal authorities, including, particularly, Senator Bernie Sanders and can provide identifiable information such as names, dates, cell phone communication records, and whatever else the court would need to verify these claims. Plaintiff also has multiple recordings, including one of him speaking with Senator Sanders on February 10th, 2024 via the Senator's private and non-public cell phone number, area code (908) and registered to his home address in Burlington, where the Senator verifies, in fact, that he and plaintiff communicated previously, in July of 2019.

P.2

Richard A. Marin
20250211065
Division 2, Dorm 3, DD-7
2700 S. California Ave
Chicago, IL 60608

S SUBURBAN IL 604

7 JUL 2025

**RECEIVED**

**JUL 10 2025**

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent
United States District Court
219 S. Dearborn Street 20th Floor
Chicago, IL 60604

07/10/2025-2

60604-190119

