

**MR**

**FILED**
8/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

In The United States District Court For The
Northern District Of Illinois

Richard Anthony Marin (#20250211065)

      Plaintiff

     v.                                        Case No. 25 C 6465

The Federal Bureau of Investigation

      Defendant

## Notice of Appeal

Plaintiff, responding to Hon. Robert W. Gettleman's judgement, appeals with expectation of escalation to 7th District. The judgement issued declines the basic facts of the case which are stated plainly, backed by fact and record, and are considered a sworn and true affadavit on it's face. Plaintiff seeks appeal and review of the surprisingly vitriolic and unfounded response to the filing which states a clear and valid claim. Denial of this suit should be referred, as well, to investigation of potential judicial corruption as the suit is against a federal body and a judge representing federal interests may, and in this case seems to be, skewed by bias. Plaintiff's Sixth Amendment rights to due process have weight and appear to have been violated with denial and with judicial prejudice the sole deciding factor.

Sworn duly,

Richard Anthony Marin, Pro Se

Richard Anthony Marin

This date of July 25th, 2025

Richard Anthony Marin
20250211065
Division 2, Dorm 2, W-7
2700 S. California Ave
Chicago, IL 60608

CAROL STREAM IL 601

2 AUG 2025  PM 4  L



★ U S A ★ F O R E V E R ★

RECEIVED

AUG 05 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
Clerk's Office
US District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

08/05/2025-7

60604-170299