

**MR**



**FILED**
8/5/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

PJJ

In The United States District Court For The

Northern District Of Illinois

Richard Anthony Marin (#20250211065)

      Plaintiff

      v.

The Federal Bureau of Investigation

      Defendant

Case No. 25 C 6465

## Notice of Appeal

Plaintiff, responding to Hon. Robert W. Gettleman's judgement, appeals with expectation of escalation to 7th District. The judgement issued declines the basic facts of the case which are stated plainly, backed by fact and record, and are considered a sworn and true affadavit on it's face. Plaintiff seeks appeal and review of the surprisingly vitriolic and unfounded response to the filing which states a clear and valid claim. Denial of this suit should be referred, as well, to investigation of potential judicial corruption as the suit is against a federal body and a judge representing federal interests may, and in this case seems to be, skewed by bias. Plaintiff's Sixth Amendment rights to due process have weight and appear to have been violated with denial and with judicial prejudice the sole deciding factor.

      Sworn duly,

      Richard Anthony Marin, Pro Se

      *Richard Anthony Marin*

      This date of July 25th, 2025

Richard Anthony Marin
20250211065
Division 2, Dorm 2, W-7
2700 S. California Ave
Chicago, IL 60608

CAROL STREAM IL 601

2 AUG 2025 PM 4 L


★ U S A ★ F O R E V E R ★

RECEIVED

AUG 05 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondence
Clerk's Office
US District Court
219 S. Dearborn Street, 20th Floor
Chicago, IL 60604

08/05/2025-7

60604-170299

ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Richard Anthony Marin (#20250211065),

Plaintiff,

v.

The Federal Bureau of Investigation,

Defendant.

Case No.  25 C 6465

Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐   in favor of Respondent (s)

and against petitioner(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒   other: Case dismissed as frivolous

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman

Date:   6/20/2025

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk

APPEAL,PC,PC9,TERMED,WEISMAN

# United States District Court
## Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3) (Chicago)
## CIVIL DOCKET FOR CASE #: 1:25-cv-06465
### Internal Use Only

Marin v. The Federal Bureau of Investigation
Assigned to: Honorable Robert W. Gettleman
Cause: 28:1331 Federal Question: Bivens Act

Date Filed: 06/10/2025
Date Terminated: 06/20/2025
Jury Demand: Plaintiff
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Richard Anthony Marin**

represented by **Richard Anthony Marin**
Cook County Jail
#20250211065
2700 S. California Ave
Chicago, IL 60608
*PRO SE*

V.

**Defendant**

**The Federal Bureau of Investigation**

**Service List**

represented by **AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Fax: US Govt Attorney
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence 9 - Internal Use Only**
Fax: Not a member
Email: ilnd_PC9@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2025 | 1 | RECEIVED Complaint and no copies by Richard Anthony Marin (Envelope Postmarked 6/6/2025.) (Received by mail in the Clerk's Office on 06/10/2025.) (bi, ) (Entered: 06/11/2025) |
| 06/10/2025 | 2 | PRISONER CIVIL Cover Sheet (bi, ) (Entered: 06/11/2025) |
| 06/10/2025 | 3 | APPLICATION by Plaintiff Richard Anthony Marin for leave to proceed in forma pauperis (Exhibits) (Envelope Postmarked 6/6/2025.) (Received by mail in the Clerk's |

| | | |
|---|---|---|
| | | Office on 06/10/2025.)<br><br>(bi, ) Modified on 6/11/2025 (bi, ). (Entered: 06/11/2025) |
| 06/11/2025 | | CASE ASSIGNED to the Honorable Robert W. Gettleman. Designated as Magistrate Judge the Honorable M. David Weisman. Case assignment: Random assignment. (Civil Category 3). (bi, ) (Entered: 06/11/2025) |
| 06/11/2025 | | CLERK'S NOTICE: Pursuant to Local Rule 73.1(b), a United States Magistrate Judge of this court is available to conduct all proceedings in this civil action. If all parties consent to have the currently assigned United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of final judgment, and all post-trial proceedings, all parties must sign their names on the attached Consent To form. This consent form is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Joint Initial Status Report or proposed Case Management Order. (bi, ) (Entered: 06/11/2025) |
| 06/11/2025 | | MAILED copy of the Clerk's Notice entry along with the Joint Consent Form to Plaintiff Richard Anthony Marin (bi, ) (Entered: 06/11/2025) |
| 06/20/2025 | 4 | ORDER signed by the Honorable Robert W. Gettleman on 6/20/2025: Plaintiff's application for leave to proceed *in forma pauperis* 3 is granted. The Court orders the trust fund officer at Plaintiff's place of incarceration to deduct $30.00 from Plaintiff's account for payment to the Clerk of Court as an initial partial payment of the filing fee and to continue making monthly deductions in accordance with this order. The Court dismisses Plaintiff's complaint 1 because it is factually frivolous. This disposition counts as one of Plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g). The Court directs the Clerk of Court to send a copy of this order (electronically if possible) to the trust fund officer at Plaintiff's current place of incarceration and to this court's fiscal department, and mail to Plaintiff a copy of this order. Final judgment shall enter. This case is closed. Mailed notice (cn). (Entered: 06/20/2025) |
| 06/20/2025 | 5 | ENTERED JUDGMENT on 6/20/2025. Mailed notice (cn). (Entered: 06/20/2025) |
| 06/20/2025 | | MAILED Order 4 and Judgment 5 to Richard Anthony Marin Cook County Jail #20250211065 2700 S. California Ave Chicago, IL 60608 (cn). (Entered: 06/20/2025) |
| 06/20/2025 | | E-MAILED order dated 6/20/2025 4 to Supervisor of the Inmate Trust Fund Accounts at Cook County Jail and to this court's fiscal department. (emc, ) (Entered: 06/20/2025) |
| 07/10/2025 | 7 | LETTER from Rich Marin dated 7/3/25. (Envelope postmark 7/7/25) (Received by mail in the Clerk's Office on 7/10/25.) (ph, ) (Entered: 07/11/2025) |
| 07/10/2025 | 8 | PETITION by Plaintiff Richard Anthony Marin to reconsider. (Envelope postmark 7/7/25) (Received by mail in the Clerk's Office on 7/10/25.)<br><br>(ph, ) (Entered: 07/11/2025) |
| 08/05/2025 | 9 | NOTICE of appeal by Richard Anthony Marin regarding orders 5 (No Institution Date Stamp; Envelope postmark 8/2/2025) (Received by mail in the Clerk's Office on 8/5/2025) (vjd, ) (Entered: 08/07/2025) |
| 08/07/2025 | 10 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 9 (vjd, ) (Entered: 08/07/2025) |