# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

August 7, 2025

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 25-2362 |
| Caption: |
| RICHARD ANTHONY MARIN, |
|        Plaintiff - Appellant |
| v. |
| FEDERAL BUREAU OF INVESTIGATION, |
|        Defendant - Appellee |
| District Court No: 1:25-cv-06465<br>District Judge Robert W. Gettleman<br>Clerk/Agency Rep Thomas G. Bruton |
| Date NOA filed in District Court: 08/05/2025 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)