# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 20, 2025

*By the Court:*

| | |
|---|---|
| | RICHARD ANTHONY MARIN, <br> Plaintiff - Appellant |
| No. 25-2362 | v. |
| | FEDERAL BUREAU OF INVESTIGATION, <br> Defendant - Appellee |

**Originating Case Information:**

District Court No: 1:25-cv-06465
Northern District of Illinois, Eastern Division
District Judge Robert W. Gettleman

This appeal is subject to the Prison Litigation Reform Act and therefore all proceedings are suspended pending the assessment and payment of any necessary fees. *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997). A review of the docket indicates that the appellant's fee status has not yet been determined. Specifically, the appellant's motion for leave to proceed on appeal in forma pauperis is currently pending before the district court. Accordingly, to the extent that the appellant seeks to supplement the record on appeal,

**IT IS ORDERED** that the request is **DENIED** without court action, pursuant to the court's fee notice and order dated August 7, 2025. Further, the record on appeal is limited to the information submitted to the district court and a motion to supplement the record should be presented to the district court in the first instance. See Fed. R. App. P. 10(a)(e); Cir. R. 10(b). The appellant is reminded that the district court no longer transmits the record on appeal to this court. Because the record is electronic, it is available for this court's use without the need for transmission of a physical record. The court will have electronic access to the complete record on appeal when it considers the merits of this appeal.

form name: **c7_Order_BTC**    (form ID: **178**)