**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Richard Anthony Marin (#20250211065),   )
                                         )
           Plaintiff,            )
                                         )       Case No. 25 C 6465
                                       )       Appellate Case No. 23-2362
           v.               )
                                       )       Hon. Robert W. Gettleman
The Federal Bureau of Investigation,   )
                                       )
          Defendant.       )

## ORDER

       The Court has reviewed Plaintiff's motion for leave to appeal *in forma pauperis* that was improperly filed on the appellate docket, and pursuant to the Seventh Circuit's order [14], denies the *in forma pauperis* motion on the basis that this appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). This case was dismissed upon screening under 28 U.S.C. § 1915A because the complaint was bizarre and factually frivolous [4]. Plaintiff did not identify any error in the dismissal of this lawsuit or iterate any colorable claims in his notice of appeal or *in forma pauperis* motion. The Court therefore certifies that the appeal is not in good faith and that no appeal should be taken. *See Lee v. Clinton*, 209 F.3d 1025, 1026-27 (7th Cir. 2002) (explaining that good faith is objective and focuses on whether the appellant has raised any non-frivolous issues for appeal); *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000) (same). Plaintiff must pay the $605.00 appellate filing fee within fourteen days. Failure to do so may result in dismissal of his appeal for want of prosecution. If Plaintiff wants to contest this Court's finding that the appeal is not taken in good faith, he may file a motion with the Court of Appeals seeking review of this Court's certification within 30 days after service of this order. *See* Fed. R. App. P. 24(a)(5). The Court directs the Clerk of Court to send a copy of this order to Plaintiff at his address of record and the Clerk of Court, United States Court of Appeals for the Seventh Circuit.

       **ENTER:**

**Robert W. Gettleman
United States District Judge**

**DATE:  August 21, 2025**