# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 4, 2025

*By the Court:*

| | |
|---|---|
| No. 25-2362 | RICHARD ANTHONY MARIN,<br>Plaintiff - Appellant<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-06465<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

The following is before the court: **MOTION TO REVIEW CERTIFICATION**, filed on September 2, 2025, by the pro se appellant.

The clerk will treat the appellant's motion as his PLRA memorandum and will update the docket accordingly. The appellant is reminded that the deadline for him to file the required asset affidavit with the clerk of this court is September 22, 2025. Failure to do so may result in the dismissal of this appeal. The clerk shall send the appellant an asset affidavit form.