**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Richard Anthony Marin (#20250211065), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25 C 6465 |
| | ) | Appellate Case No. 23-2362 |
| v. | ) | |
| | ) | Hon. Robert W. Gettleman |
| The Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's petition to reconsider [8] is denied. This Court cannot consider Plaintiff's request to reconsider dismissal of this action because that dismissal is the subject of Plaintiff's Notice of Appeal. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). In any event, the petition for reconsideration does not identify any error in this Court's dismissal of this action as frivolous.

**ENTER:**

**Robert W. Gettleman**
**United States District Judge**

**DATE:** **November 12, 2025**