MR

25CV6465 FILED 11/17/2025 CVK



THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

11/10/25

To Thomas G. Bruton, Clerk of the Court:

    I am writing to you with a fee waiver request, pursuant to both the Freedom of Information Act and my status as an indigent individual requesting the records for matter of writ of certiorari to the US Supreme Court. I received an invoice for Request Number 1125-3 despite stating the request for those records - all related to case number 25cv6465 and am unable to pay due to being incarcerated and unable to disburse funds via check or money order. As these records are relating to a case where I've alleged potential wrongdoing at the federal level, Marin v. The FBI, I am asking that if my request for a fee waiver and the records covered by my request, which would technically be printouts of a digital record, not photocopies, and were already provided in part as response to the initial request, if only by summary. If they cannot be provided with waiver of fees, I hope for response explaining.

        Thank you,

        Richard Anthony Marin

        *Richard Anthony Marin*

Richard A. Marin
20250211065
Division 2, Dorm 3, JJ
2700 S. California Ave
Chicago, IL 60608



S SUBURBAN IL  604

12 NOV 2025  PM 6  L

USA ★ FOREVER

RECEIVED

NOV 17 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thomas G. Bruton, Clerk of the Court
Office of Clerk of the US District Court
United States Courthouse
219 S. Dearborn St.
Chicago, IL 60604

11/17/2025-14

6060431800 C005