# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 18, 2026

*Before*

ILANA DIAMOND ROVNER, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

|  | RICHARD ANTHONY MARIN,<br>Plaintiff - Appellant |
|---|---|
| No. 25-2362 | v. |
|  | FEDERAL BUREAU OF INVESTIGATION,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:25-cv-06465<br>Northern District of Illinois, Eastern Division<br>District Judge Robert W. Gettleman | |

The following are before the court:

1. **AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS**, filed on January 5, 2026, by the pro se appellant.

2. **MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on September 8, 2025, by the pro se appellant.

3. **MOTION TO REVIEW CERTIFICATION**, filed on September 2, 2025, by the pro se appellant.

4. **LETTER**, filed on January 5, 2026, by the pro se appellant.

Upon consideration of appellant's motions, the district court's order pursuant to 28 U.S.C. § 1915(a)(3) certifying that the appeal was filed in bad faith, and the record on appeal,

No. 25-2362                                                                                           Page 2

      **IT IS ORDERED** that the motion for leave to proceed in forma pauperis on appeal is **DENIED**. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000). Appellant Richard Anthony Marin has not identified a good faith argument that the district court erred in dismissing his complaint. Marin shall pay the required docketing fee within 14 days, or this appeal will be dismissed for failure to prosecute pursuant to Circuit Rule 3(b). *See Newlin v. Helman*, 123 F.3d 429, 434 (7th Cir. 1997).

form name: **c7_Order_3J**    (form ID: **177**)