# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

**CERTIFIED COPY**

April 23, 2026

A True Copy
Teste:

_____

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604

| | |
|---|---|
| | RICHARD ANTHONY MARIN,<br>Plaintiff - Appellant |
| No. 25-2362 | v. |
| | FEDERAL BUREAU OF INVESTIGATION,<br>Defendant - Appellee |

**Originating Case Information:**

District Court No: 1:25-cv-06465
Northern District of Illinois, Eastern Division
District Judge Robert W. Gettleman

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

CHOOSE ONE OF THE FOLLOWING:        no record to be returned

DATE OF COURT ORDER:        03/18/2026

form name: **c7_Mandate**    (form ID: **135**)