# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**PLRA C.R. 3(b) FINAL ORDER**

CERTIFIED COPY

A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

April 23, 2026

| | |
|---|---|
| No. 25-2362 | RICHARD ANTHONY MARIN,<br>Plaintiff - Appellant<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:25-cv-06465 |
| Northern District of Illinois, Eastern Division |
| District Judge Robert W. Gettleman |

The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the appellate court on March 18, 2026 and was given fourteen (14) days to pay the $605.00 filing fee. The pro se appellant has not paid the $605.00 appellate fee. Accordingly,

**IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

**IT IS FURTHER ORDERED** that the appellant pay the appellate fee of $605.00 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of *Section 1915(b)*. *Newlin v. Helman, 123 F.3d 429, 433* (7th Cir. 1997).

form name: **c7_PLRA_3bFinalOrder**     (form ID: **142**)